C. MONTEITH GILPIN et al., Appellants and Respondents, et al., Respondents, *v.* MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent and Appellant, et al., Respondent.

MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Appellant and Respondent, *v.* VINCENT FIORE et al., Respondents and Appellants, et al., Respondents.

Submitted January 10, 1949; decided January 13, 1949.

*John F. X. Finn* for motion.

*David Barnet, Louis W. Dawson* and *Vincent Keane* opposed.

Motion denied, without prejudice to a renewal thereof upon the argument of the appeal.